UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19 CR 139 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| FRANK E. WARREN, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Frank E. Warren, which was referred to the Magistrate Judge with the consent of the parties.

On March 6, 2019, the government filed a 12 count Indictment, charging Defendant Frank E. Warren, with Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine and Cocaine, in violation of Title 21 U. S. C.  Section 846, and  Use of a Communication Facility to Facilitate Drug Trafficking, in violation of Title 21 U.S.C. Section 843(b).  Defendant Warren was arraigned on March 11, 2019, and entered a plea of not guilty to Counts 1 through 12 of the Indictment, before Magistrate Judge Burke.  On September 3, 2019 Magistrate Judge Parker received Defendant Warren's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant

Warren is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Warren is adjudged guilty to Count 1 of the Indictment, in violation of Title 21 U. S. C. Section 846. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on December 10, 2019, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 27, 2018